## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Devin K. Itjen aka Devin Kenneth Itjen aka Devin Itjen**

   **Gloria Adriana Itjen aka Gloria A. Itjen aka Gloria Itjen**

      **Debtor(s)**

**BK NO. 19-04938 RNO**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            215-627-1322