```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 19-04938-RNO
Devin K. Itjen                                                    Chapter 13
Gloria Adriana Itjen
      Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke           Page 1 of 3          Date Rcvd: Jan 15, 2020
                             Form ID: ntcnfhrg         Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db/jdb         +Devin K. Itjen,    Gloria Adriana Itjen,    150 Orange Blossom Road,    Milford, PA 18337-5059
5271897        +ACCESS PHYSICAL THERAPY & WELLNESS,    16 MAYBROOK ROAD,    CAMPBELL HALL, NY 10916-2741
5271898        +AMERICAN EXPRESS,    PO BOX 981535,    EL PASO, TX 79998-1535
5271899         APOTHAKER SCIAN PC,    PO BOX 5496,    MOUNT LAUREL, NJ 08054-5496
5271900        +AR RESOURCES,    PO BOX 1056,    BLUE BELL, PA 19422-0287
5271901         ATLANTIC HEALTH SYSTEM,    PO BOX 35610,    NEWARK, NJ 07193-5610
5271902         ATLANTIC MEDICAL GROUP,    PO BOX 419101,    BOSTON, MA 02241-9101
5290760         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5271909        +CAWLEY & BERGMANN,    550 BROAD ST STE 1001,    NEWARK, NJ 07102-4542
5271912        +CITI,   PO BOX 790040,    SAINT LOUIS, MO 63179-0040
5271913        +CITIBANK,    701 EAST 60TH ST N,    SIOUX FALLS, SD 57104-0493
5271914        +CITIBANK,    PO BOX 6077,    SIOUX FALLS, SD 57117-6077
5271915         CITICARDS CBNA,    PO BOX 6241,    LBS CDV DISPUTES,    SIOUX FALLS, SD 57117-6241
5271917         COMMONWEALTH HEALTH,    PO BOX 1280,    OAKS, PA 19456-1280
5271918        +CREDIT CONTROL CORP,    PO BOX 120568,    NEWPORT NEWS, VA 23612-0568
5288706         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5271919        +D & A SERVICES,    1400 E TOUHY AVE STE G2,    DES PLAINES, IL 60018-3338
5271920         DEPT OF ED FED LOAN SVCING,    PO BOX 790234,    SAINT LOUIS, MO 63179-0234
5271921         EMERG PHYS OF TIDEWATER,    PO BOX 808,    GRAND RAPIDS, MI 49518-0808
5271922        +FEDERAL LOAN SERVICING CREDIT,    PO BOX 60610,    HARRISBURG, PA 17106-0610
5271924         HAMPTON ROADS RADIOLOGY ASSOC,    PO BOX 844555,    BOSTON, MA 02284-4555
5271925         IC SYSTEM INC,    PO  BOX 64437,    SAINT PAUL, MN 55164-0437
5271926        +JPMCB CARD,   PO BOX 15369,    WILMINGTON, DE 19850-5369
5282044        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5271929        +MACYS,    BANKRUPTCY PROCESSING,    PO BOX 8053,    MASON, OH 45040-8053
5271930        +MACYS RECOVERY,    9111 DUKE BLVD,    MASON, OH 45040-8999
5271932        +MIDLAND CREDIT MANAGEMENT,    350 CAMINO DE LA REINA,    SUITE 100,    SAN DIEGO, CA 92108-3007
5271933        +MIDLAND FUNDING,    320 EAST BIG BEAVER,    TROY, MI 48083-1271
5271934         MORRISTOWN ER MED ASSOC,    PO BOX 80259,    PHILADELPHIA, PA 19101-1259
5271935         MOSES TAYLOR HOSPITAL,    PO BOX 88107,    CHICAGO, IL 60680-1107
5271936        +MOUNTAIN LAUREL SURGERY,    C/O WAYNE ENTERPRISES,    PO BOX 443,    HONESDALE, PA 18431-0443
5271937         NEWTON EMERG MED ASSOC,    PO BOX 80258,    PHILADELPHIA, PA 19101-1258
5271939        +NORTHEASTERN GASTROENTEROLOGY ASSOC,    1860 FAIR AVENUE,    HONESDALE, PA 18431-2108
5271940         ORANGE EMERG SERVICES,    PO BOX 731584,    DALLAS, TX 75373-1584
5271941         ORANGE REGIONAL MEDICAL CTR,    75 CRYSTAL RUN RD STE G20,    MIDDLETOWN, NY 10941-7014
5271942        +PATENAUDE & FELIX APC,    4545 MURPHY CANYON ROAD,    3RD FLOOR,    SAN DIEGO, CA 92123-4363
5271944        +PENNSYLVANIA PHYSICIAN SERVICES LLC,    PO BOX 14099,    BELFAST, ME 04915-4034
5271945         PREMIER HEALTH ASSOCIATES,    532 LAFAYETTE RD STE 300,    SPARTA, NJ 07871-4411
5271946        +RADIOLOGIC ASSOC PC,    PO BOX 1259 DEPT 88679,    OAKS, PA 19456-1259
5271948        +RADIUS GLOBAL SOLUTIONS,    500 NORTH FRANKLIN TURNPIKE,    SUITE 200 MAIL CODE 747,
                 RAMSEY, NJ 07446-1177
5271949        +RADIUS GLOBAL SOLUTIONS,    PO BOX 390905,    MINNEAPOLIS, MN 55439-0905
5271950        +RMP,    8085 KNUE ROAD,    INDIANAPOLIS, IN 46250-1921
5271954         TARGET CARD SERVICES,    PO BOX 660170,    DALLAS, TX 75266-0170
5271955        +TD BANK USA/TARGET CREDIT,    NCD-0450,    PO BOX 1470,    MINNEAPOLIS, MN 55440-1470
5271956         THE RADIOLOGY GROUP OF NJ,    PO BOX 655,    HACKETTSTOWN, NJ 07840-0655
5271957        +TRANS-CONTINENTAL CREDIT & COLL,    PO BOX 5055,    WHITE PLAINS, NY 10602-5055
5271958        +WELLS FARGO CARD SERVICES,    MAC N8235-040,    7000 VISTA DRIVE,
                 WEST DES MOINES, IA 50266-9310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 15 2020 20:48:23
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 20:49:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5271903         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:44     CACH LLC,
                 PO BOX 10587,    GREENVILLE, SC 29603-0587
5271904         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:44     CACH LLC P,
                 PO BOX 10587,    GREENVILLE, SC 29603-0587
5274493         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:44     CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5271905         E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 15 2020 20:50:52
                 CAPITAL ONE AUTO FINANCE,    PO BOX 60511,    CITY OF INDUSTRY, CA 91716-0511
5271906        +E-mail/Text: bankruptcy@cavps.com Jan 15 2020 20:45:16     CAVALRY PORTFOLIO SERVICE,
                 500 SUMMIT LAKE DRIVE,    SUITE 400,    VALHALLA, NY 10595-2322
5271907        +E-mail/Text: bankruptcy@cavps.com Jan 15 2020 20:45:16     CAVALRY SPV 1, LLC,
                 500 SUMMIT LAKE DRIVE,    SUITE 400,    VALHALLA, NY 10595-2321
5271908        +E-mail/Text: bankruptcy@cavps.com Jan 15 2020 20:45:17     CAVALRY SPV, LLC,
                 ASSIGNEE OF CITIBANK,    500 SUMMIT LAKE DR.,    SUITE 400,    VALHALLA, NY 10595-2321
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5271910        E-mail/Text: ering@cbhv.com Jan 15 2020 20:44:44      CBHV,    PO BOX 831,
                 NEWBURGH, NY 12551-0831
5271911       +E-mail/Text: bankruptcy@certifiedcollection.com Jan 15 2020 20:44:27
                 CERTIFIED CREDIT & COLL BUR,    PO BOX 1750,    WHITEHOUSE STATION, NJ 08889-1750
5271916        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2020 20:44:25       COMENITY BANK,
                 BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5274336       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 15 2020 20:50:31
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5284575       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 15 2020 20:50:31
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
5272907       +E-mail/Text: bankruptcy@cavps.com Jan 15 2020 20:45:17      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5271923        E-mail/Text: data_processing@fin-rec.com Jan 15 2020 20:44:12       FINANCIAL RECOVERY SERVICES,
                 PO BOX 385908,    MINNEAPOLIS, MN 55438-5908
5271927        E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 20:44:01       KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5274494        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:45       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5271928        E-mail/Text: camanagement@mtb.com Jan 15 2020 20:44:13      M & T BANK,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
5271931       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2020 20:44:48       MIDLAND CREDIT MANAGEMENT,
                 2365 NORTHSIDE DRIVE,    SUITE 300,    SAN DIEGO, CA 92108-2709
5271938       +E-mail/Text: bankruptcy@certifiedcollection.com Jan 15 2020 20:44:27
                 NEWTON MEDICAL CENTER OP,    C/O CERTIFIED CREDIT COLLECTION BUR,    PO BOX 1750,
                 WHITEHOUSE STATION, NJ 08889-1750
5271943       +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:12       PAYPAL CREDIT,    PO BOX 5138,
                 TIMONIUM, MD 21094-5138
5271947       +E-mail/Text: ering@cbhv.com Jan 15 2020 20:44:44      RADIOLOGIC ASSOCIATES PC,    C/O CBHV,
                 155 NORTH PLANK ROAD,    NEWBURGH, NY 12550-1747
5271951       +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Jan 15 2020 20:45:46       SENTARA HEALTHCARE,
                 535 INDEPENDENCE PKWY,    SUITE 700,    CHESAPEAKE, VA 23320-5192
5271952       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 15 2020 20:48:44
                 SHERMAN ORIGINATORS III LLC,    C/O RESURGENT CAPITAL,    PO BOX 10497,
                 GREENVILLE, SC 29603-0497
5271953        E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:12       SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5272654       +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 20:48:11       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5290072        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 15 2020 20:49:53       Verizon,
                 by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
                                                                                              TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5274338*      +Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5272908*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Vincent   Rubino    on behalf of Debtor 2 Gloria Adriana Itjen
          lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com
         Vincent   Rubino    on behalf of Debtor 1 Devin K. Itjen
          lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

                                                                               TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Devin K. Itjen,
aka Devin Kenneth Itjen, aka Devin Itjen,

Chapter 13

**Debtor 1**

Case No. 5:19−bk−04938−RNO

Gloria Adriana Itjen,
aka Gloria A. Itjen, aka Gloria Itjen,

**Debtor 2**

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 26, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 4, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 15, 2020 |

ntcnfhrg (03/18)