IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Devin K. Itjen, | : | |
| aka Devin Kenneth Itjen, | : | CASE NO.: 5:19-bk-04938 |
| aka Devin Itjen, | : | |
| and Gloria Adriana Itjen, | : | |
| aka Gloria A. Itjen, | : | |
| aka Gloria Itjen | : | |
| Debtor | : | |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

I, Gloria Adriana Itjen, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on March 4, 2020.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: January 13, 2020         By:    /s/ Vincent Rubino___
                                       Counsel for Debtor


DATED: January 13, 2020         By:    /s/ Gloria Adriana Itjen_____
                                       Gloria Adriana Itjen, Debtor