UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DEVIN K ITJEN | : | CASE NO.: 5-19-bk-04938-RNO |
| aka DEVIN KENNETH ITJEN | : | |
| aka DEVIN ITJEN | : | |
| GLORIA ADRIANA ITJEN | : | |
| aka GLORIA A. ITJEN | : | |
| aka GLORIA ITJEN | : | |
|     Debtors | : | |
| | : | |
| CHARLES J. DeHART, III, TRUSTEE | : | |
|     Objectant | : | |
| vs. | : | |
| | : | OBJECTION TO CLAIM # 28 |
| NEWTON MEDICAL CENTER | : | |
|     Claimant | : | |

**TO: CCCB**

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**

    Chapter 13 Trustee Charles J Dehart, III filed an objection to the proof of claim you filed in this bankruptcy case.

    **NOTICE: Your claim may be reduced, modified, or eliminated.** You should read these papers and the objection carefully and discuss them with your attorney, if you have one.

    If you do not want the court to enter an order affecting your claim, then on or before **June 17, 2020** you or your lawyer must file a request for a hearing or a written response to the objection explaining your position.

    Those not permitted to file electronically must deliver any request for hearing or response by U.S., courier, overnight/express mail, or in person at:

    **United State Bankruptcy Court**
    **Max Roseen U.S. Courthouse**
    **197 South Main St.**
    **Wilkes-Barre, PA 18701**

    If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Charles J DeHart, III
Chapter 13 Trustee
8125 Adams Dr. Suite A
Hummelstown, PA 17036

Vincent Rubino
 PO Box 511
712 Monroe St.
Stroudsburg, PA 18360

**IF YOUR OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE AN ORDER AFFECTING YOUR CLAIM.**

/s/ Agatha R. McHale
Attorney for Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone (717) 566-6097
Fax (717) 566-8318
amchale @pamd13trustee.com
Attorney ID # 47613

Date of notice and date of mailing:   May 18, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DEVIN K. ITJEN | : | CASE NO.: 5-19-bk-04938-RNO |
| aka DEVIN KENNETH ITJEN | : | |
| aka DEVIN ITJEN | : | |
| GLORIA ADRIANA ITJEN | : | |
| aka GLORIA A ITJEN | : | |
| aka GLORIA ITJEN | : | |
|     Debtor | : | |
| | : | |
| CHARLES J. DeHART, III, TRUSTEE | : | |
|     Objectant | : | |
| vs. | : | |
| | : | |
| | : | |
| NEWTON MEDICAL CENTER | : | |
|     Claimant | : | |

**TRUSTEE'S OBJECTION TO
CLAIM # 28 OF NEWTON MEDICAL CENTER**

AND NOW, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, and files this Objection to Claim Number 28 filed by Newton Medical Center for the following reason:

1.    The Proof of Claim filed by Newton Medical Center was untimely filed. Claim was filed January 30, 2020. Claims Bar date was January 28, 2020.

WHEREFORE, Trustee respectfully requests your Honorable Court to find that Claim # 28 filed by Newton Medical Center was untimely filed.

    Respectfully submitted,

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA   17036
    (717) 566-6097

    BY:    /s/ Agatha R. McHale
             **Attorney for Trustee**

# CERTIFICATE OF SERVICE

AND NOW, this 18th day of May 2020, I, Barbara A Reifsnyder, hereby certify that I served a copy of this Objection either electronically or by depositing the same in the United States Mail, at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino
PO Box 511
712 Monroe St.
Stroudsburg, PA 18360

Newton Medical Center
c/o CCCB
PO Box 1750
Whitehouse Station, NJ 08889

/s/ Barbara A Reifsnyder
For Charles J. DeHart, III
Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| DEVIN K. ITJEN | : | CASE NO.: 5-19-bk-04938-RNO |
| aka DEVIN KENNETH ITJEN | : | |
| aka DEVIN ITJEN | : | |
| GLORIA ADRIANA ITJEN | : | |
| aka GLORIA A ITJEN | : | |
| aka GLORIA ITJEN | : | |
|     Debtors | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|     Objectant | : | |
| | : | |
|     vs. | : | |
| | : | |
| NEWTON MEDICAL CENTER | : | |
|     Claimant | : | |

## ORDER

AND NOW, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 28 of Newton Medical Center and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 28 of Newton Medical Center shall be deemed untimely filed.