```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 19-04938-RNO
Devin K. Itjen                                                   Chapter 13
Gloria Adriana Itjen
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: Jun 26, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
5338011        +Newton Medical Center,   CCCB,   PO Box 1750,   Whitehouse Sta, NJ 08889-1750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino     on behalf of Debtor 2 Gloria Adriana Itjen
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent  Rubino     on behalf of Debtor 1 Devin K. Itjen
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| DEVIN K. ITJEN | : CASE NO.: 5-19-bk-04938-RNO |
| aka DEVIN KENNETH ITJEN | : |
| aka DEVIN ITJEN | : |
| GLORIA ADRIANA ITJEN | : |
| aka GLORIA A ITJEN | : |
| aka GLORIA ITJEN | : |
|    Debtors | : |
| | : |
| CHARLES J. DEHART, III, TRUSTEE | : |
|    Objectant | : |
| | : |
|    vs. | : |
| | : |
| NEWTON MEDICAL CENTER | : |
|    Claimant | : |

## AMENDED ORDER

AND NOW, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 29 of Newton Medical Center and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 29 of Newton Medical Center shall be deemed untimely filed.

Dated: June 25, 2020

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (DG)