UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| DEVIN K. ITJEN | : CASE NO.: 5-19-bk-04938-RNO |
| aka DEVIN KENNETH ITJEN | : |
| aka DEVIN ITJEN | : |
| GLORIA ADRIANA ITJEN | : |
| aka GLORIA A ITJEN | : |
| aka GLORIA ITJEN | : |
|     Debtors | : |
| | : |
| CHARLES J. DEHART, III, TRUSTEE | : |
|     Objectant | : |
| | : |
|     vs. | : |
| | : |
| NEWTON MEDICAL CENTER | : |
|     Claimant | : |

## AMENDED ORDER

AND NOW, at Wilkes-Barre, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 29 of Newton Medical Center and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 29 of Newton Medical Center shall be deemed untimely filed.

Dated: June 25, 2020

By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Bankruptcy Judge (DG)