IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  Case No. 5:19-bk-04938-MJC
Chapter 13

Devin Itjen aka Devin Kenneth Itjen aka Devin Itjen
Gloria Itjen aka Gloria A. Itjen aka Gloria Itjen

Debtor(s).

## NOTICE OF APPEARANCE

**Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By: /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 14th day of February, 2023, to the following:

Vincent Rubino
Newman Willliams Mishkin Corveleyn etal
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
VRubino@newmanwilliams.com
*Attorney for Debtor(s)*

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Devin Itjen aka Devin Kenneth Itjen aka Devin Itjen
150 Orange Blossom Road
Milford, PA 18337

Gloria Itjen aka Gloria A. Itjen aka Gloria Itjen
150 Orange Blossom Road
Milford, PA 18337
*Debtor(s)*

      By:    /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire