United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Devin K. Itjen  
Gloria Adriana Itjen  
    Debtors

Case No. 19-04938-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 6  
Date Rcvd: Nov 25, 2024      Form ID: 3180W      Total Noticed: 96

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Devin K. Itjen, Gloria Adriana Itjen, 150 Orange Blossom Road, Milford, PA 18337-5059 |
| 5271897 | + | ACCESS PHYSICAL THERAPY & WELLNESS, 16 MAYBROOK ROAD, CAMPBELL HALL, NY 10916-2743 |
| 5271917 | | COMMONWEALTH HEALTH, PO BOX 1280, OAKS, PA 19456-1280 |
| 5271920 | | DEPT OF ED FED LOAN SVCING, PO BOX 790234, SAINT LOUIS, MO 63179-0234 |
| 5271922 | + | FEDERAL LOAN SERVICING CREDIT, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5271934 | | MORRISTOWN ER MED ASSOC, PO BOX 80259, PHILADELPHIA, PA 19101-1259 |
| 5271935 | | MOSES TAYLOR HOSPITAL, PO BOX 88107, CHICAGO, IL 60680-1107 |
| 5271936 | + | MOUNTAIN LAUREL SURGERY, C/O WAYNE ENTERPRISES, PO BOX 443, HONESDALE, PA 18431-0443 |
| 5296102 | + | Morristown Medical Center, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 5271937 | | NEWTON EMERG MED ASSOC, PO BOX 80258, PHILADELPHIA, PA 19101-1258 |
| 5271939 | + | NORTHEASTERN GASTROENTEROLOGY ASSOC, 1860 FAIR AVENUE, HONESDALE, PA 18431-2108 |
| 5490544 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5490545 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Nationstar Mortgage LLC d/b/a Mr. Cooper, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5338011 | + | Newton Medical Center, CCCB, PO Box 1750, Whitehouse Sta, NJ 08889-1750 |
| 5271940 | | ORANGE EMERG SERVICES, PO BOX 731584, DALLAS, TX 75373-1584 |
| 5271941 | | ORANGE REGIONAL MEDICAL CTR, 75 CRYSTAL RUN RD STE G20, MIDDLETOWN, NY 10941-7014 |
| 5271942 | + | PATENAUDE & FELIX APC, 4545 MURPHY CANYON ROAD, 3RD FLOOR, SAN DIEGO, CA 92123-4363 |
| 5271944 | + | PENNSYLVANIA PHYSICIAN SERVICES LLC, PO BOX 14099, BELFAST, ME 04915-4034 |
| 5271945 | | PREMIER HEALTH ASSOCIATES, 532 LAFAYETTE RD STE 300, SPARTA, NJ 07871-4411 |
| 5271946 | + | RADIOLOGIC ASSOC PC, PO BOX 1259 DEPT 88679, OAKS, PA 19456-1259 |
| 5271948 | + | RADIUS GLOBAL SOLUTIONS, 500 NORTH FRANKLIN TURNPIKE, SUITE 200 MAIL CODE 747, RAMSEY, NJ 07446-1177 |
| 5271956 | | THE RADIOLOGY GROUP OF NJ, PO BOX 655, HACKETTSTOWN, NJ 07840-0655 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Nov 25 2024 23:37:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Nov 25 2024 18:37:24 | Federal Home Loan Mortgage Corporation, as Trustee, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2024 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | EDI: PRA.COM | Nov 25 2024 23:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5271898 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 18:42:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5271899 | ^ | MEBN | Nov 25 2024 18:54:54 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5271900 | | Email/Text: collectors@arresourcesinc.com | Nov 25 2024 18:37:33 | APOTHAKER SCIAN PC, PO BOX 5496, MOUNT LAUREL, NJ 08054-5496 |
| 5271901 | | Email/Text: customer.service@atlantichealth.org | Nov 25 2024 18:41:00 | AR RESOURCES, PO BOX 1056, BLUE BELL, PA 19422 |
| 5271902 | ^ | MEBN | Nov 25 2024 18:41:00 | ATLANTIC HEALTH SYSTEM, PO BOX 35610, NEWARK, NJ 07193-5610 |
| 5290760 | | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 18:37:32 | ATLANTIC MEDICAL GROUP, PO BOX 419101, BOSTON, MA 02241-9101 |
| 5271903 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 18:54:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5271904 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 18:43:49 | CACH LLC, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 5274493 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 18:43:55 | CACH LLC P, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 5271905 | | EDI: CAPONEAUTO.COM | Nov 25 2024 18:43:44 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5271906 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2024 23:37:00 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 5271907 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2024 18:42:00 | CAVALRY PORTFOLIO SERVICE, 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595-2321 |
| 5271908 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2024 18:42:00 | CAVALRY SPV 1, LLC, 500 SUMMIT LAKE DRIVE, SUITE 400, VALHALLA, NY 10595-2321 |
| 5271909 | ^ | MEBN | Nov 25 2024 18:42:00 | CAVALRY SPV, LLC, ASSIGNEE OF CITIBANK, 500 SUMMIT LAKE DR., SUITE 400, VALHALLA, NY 10595-2321 |
| 5271910 | | Email/Text: esther@cbhv.com | Nov 25 2024 18:37:22 | CAWLEY & BERGMANN, 550 BROAD ST STE 1001, NEWARK, NJ 07102-4542 |
| 5271911 | + | Email/Text: bankruptcy@certifiedcollection.com | Nov 25 2024 18:42:00 | CBHV, PO BOX 831, NEWBURGH, NY 12551-0831 |
| 5271912 | + | EDI: CITICORP | Nov 25 2024 18:42:00 | CERTIFIED CREDIT & COLL BUR, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 5271914 | + | EDI: CITICORP | Nov 25 2024 23:37:00 | CITI, PO BOX 790040, SAINT LOUIS, MO 63179-0040 |
| 5271913 | + | EDI: CITICORP | Nov 25 2024 23:37:00 | CITIBANK, PO BOX 6077, SIOUX FALLS, SD 57117-6077 |
| 5271915 | | EDI: CITICORP | Nov 25 2024 23:37:00 | CITIBANK, 701 EAST 60TH ST N, SIOUX FALLS, SD 57104-0432 |
| 5271916 | | EDI: WFNNB.COM | Nov 25 2024 23:37:00 | CITICARDS CBNA, PO BOX 6241, LBS CDV DISPUTES, SIOUX FALLS, SD 57117-6241 |
| 5271918 | | Email/Text: bankruptcy@credcontrol.com | Nov 25 2024 23:37:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5274336 | + | EDI: AISACG.COM | Nov 25 2024 18:41:00 | CREDIT CONTROL CORP, PO BOX 120568, NEWPORT NEWS, VA 23612 |
| | | | Nov 25 2024 23:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5284575 | + | EDI: AISACG.COM | Nov 25 2024 23:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5288706 | | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 18:54:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5272907 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2024 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5403389 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2024 18:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5403388 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2024 18:41:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5271919 | ^ | MEBN | Nov 25 2024 18:37:24 | D & A SERVICES, 1400 E TOUHY AVE STE G2, DES PLAINES, IL 60018-3338 |
| 5271929 | | EDI: CITICORP | Nov 25 2024 23:37:00 | MACYS, BANKRUPTCY PROCESSING, PO BOX 8053, MASON, OH 45040 |
| 5271930 | | EDI: CITICORP | Nov 25 2024 23:37:00 | MACYS RECOVERY, 9111 DUKE BLVD, MASON, OH 45040 |
| 5291738 | | EDI: Q3G.COM | Nov 25 2024 23:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5271923 | | Email/Text: data_processing@fin-rec.com | Nov 25 2024 18:41:00 | FINANCIAL RECOVERY SERVICES, PO BOX 385908, MINNEAPOLIS, MN 55438-5908 |
| 5523691 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 25 2024 18:42:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 5523690 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 25 2024 18:42:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5521829 | ^ | MEBN | Nov 25 2024 18:37:23 | Federal Home Loan Mortgage Corporation, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5271924 | ^ | MEBN | Nov 25 2024 18:37:28 | HAMPTON ROADS RADIOLOGY ASSOC, PO BOX 844555, BOSTON, MA 02284-4555 |
| 5271925 | | EDI: LCIICSYSTEM | Nov 25 2024 23:37:00 | IC SYSTEM INC, PO BOX 64437, SAINT PAUL, MN 55164-0437 |
| 5293110 | | EDI: JEFFERSONCAP.COM | Nov 25 2024 23:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5271926 | | EDI: JPMORGANCHASE | Nov 25 2024 23:37:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5282044 | + | Email/Text: RASEBN@raslg.com | Nov 25 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5271927 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 25 2024 18:41:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5274494 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 18:43:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5271928 | | Email/Text: camanagement@mtb.com | Nov 25 2024 18:41:00 | M & T BANK, PO BOX 1288, BUFFALO, NY 14240-1288 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5294887 | | Email/Text: camanagement@mtb.com | Nov 25 2024 18:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5271932 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 18:42:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 5271931 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 18:42:00 | MIDLAND CREDIT MANAGEMENT, 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108-2710 |
| 5271933 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 18:42:00 | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 5291467 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 18:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5271938 | + | Email/Text: bankruptcy@certifiedcollection.com | Nov 25 2024 18:42:00 | NEWTON MEDICAL CENTER OP, C/O CERTIFIED CREDIT COLLECTION BUR, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 5271943 | + | EDI: SYNC | Nov 25 2024 23:37:00 | PAYPAL CREDIT, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 5292100 | | EDI: Q3G.COM | Nov 25 2024 23:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5292101 | | EDI: Q3G.COM | Nov 25 2024 23:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5271947 | + | Email/Text: esther@cbhv.com | Nov 25 2024 18:42:00 | RADIOLOGIC ASSOCIATES PC, C/O CBHV, 155 NORTH PLANK ROAD, NEWBURGH, NY 12550-1747 |
| 5271949 | + | Email/Text: ngisupport@radiusgs.com | Nov 25 2024 18:41:00 | RADIUS GLOBAL SOLUTIONS, PO BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 5271950 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 25 2024 18:42:00 | RMP, 8085 KNUE ROAD, INDIANAPOLIS, IN 46250-1921 |
| 5271951 | + | Email/Text: bcccsubankruptcyemail@sentara.com | Nov 25 2024 18:41:00 | SENTARA HEALTHCARE, 535 INDEPENDENCE PKWY, SUITE 700, CHESAPEAKE, VA 23320-5192 |
| 5271952 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 18:43:50 | SHERMAN ORIGINATORS III LLC, C/O RESURGENT CAPITAL, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5294368 | + | Email/Text: bncmail@w-legal.com | Nov 25 2024 18:42:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5271953 | | EDI: SYNC | Nov 25 2024 23:37:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5272654 | ^ | MEBN | Nov 25 2024 18:37:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5293236 | + | EDI: AIS.COM | Nov 25 2024 23:37:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5271954 | | EDI: WTRRNBANK.COM | Nov 25 2024 23:37:00 | TARGET CARD SERVICES, PO BOX 660170, DALLAS, TX 75266-0170 |
| 5271955 | + | EDI: WTRRNBANK.COM | Nov 25 2024 23:37:00 | TD BANK USA/TARGET CREDIT, NCD-0450, PO BOX 1470, MINNEAPOLIS, MN 55440-1470 |
| 5294555 | + | Email/Text: bncmail@w-legal.com | Nov 25 2024 18:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5271957 | + | Email/Text: blindsay@transcontinentalcredit.com | | |

| Recip ID | Bypass | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 25 2024 18:41:00 | TRANS-CONTINENTAL CREDIT & COLL, PO BOX 5055, WHITE PLAINS, NY 10602-5055 |
| 5290072 | | EDI: AIS.COM | Nov 25 2024 23:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5271958 | + | EDI: WFFC | Nov 25 2024 23:37:00 | WELLS FARGO CARD SERVICES, MAC N8235-040, 7000 VISTA DRIVE, WEST DES MOINES, IA 50266-9310 |
| 5293160 | | EDI: WFFC2 | Nov 25 2024 23:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 74

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5274338 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5272908 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5292034 | *+ | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 5271921 | ## | EMERG PHYS OF TIDEWATER, PO BOX 808, GRAND RAPIDS, MI 49518-0808 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com cistewart@logs.com |
| Daniel Philip Jones | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Steven K Eisenberg | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac SLST 2022-2 Participation Interest |

|  |  |
|---|---|
|  | Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Devin K. Itjen<br>lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Gloria Adriana Itjen<br>lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br>First Name Middle Name Last Name | Devin K. Itjen | Social Security number or ITIN xxx–xx–6380<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing)<br>First Name Middle Name Last Name | Gloria Adriana Itjen | Social Security number or ITIN xxx–xx–6794<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-04938-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Devin K. Itjen
aka Devin Kenneth Itjen, aka Devin Itjen

Gloria Adriana Itjen
aka Gloria A. Itjen, aka Gloria Itjen

11/25/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W　　　　　　　　　**Chapter 13 Discharge**　　　　　　　page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2