Fill in this information to identify the case:

Debtor1      Devin K. Itjen, aka Devin Kenneth Itjen, aka Devin Itjen

Debtor 2      Gloria Adriana Itjen, aka Gloria A. Itjen, aka Gloria Itjen
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                (State)
Case number 5:19-bk-04938-MJC

## Form 4100R
## Response to Notice of Final Cure                          10/15

_____

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** FEDERAL HOME LOAN MORTGAGE              **Court claim no.** (if known): 25
CORPORATION, AS TRUSTEE FOR FREDDIE MAC SLST 2022-2
PARTICIPATION INTEREST TRUST
 **Last 4 digits** of any number you use to identify the debtor's account: 8526

**Property address:**        150 ORANGE BLOSSOM RD ,_____
                        Number         Street
                        DINGMAN TOWNSHIP, PA 18337_____
                        City                    State         ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[X]      Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the
         creditor's claim

[ ]      Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
         creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this
         response is:                                                             $_____
.

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[X]      Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the
         Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

         The next postpetition payment from the debtor(s) is due on:        12 / 1 / 2024
                                                            MM/DD/YYYY

[ ]      Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the
         Bankruptcy Code, including all fees charges expenses, escrow, and costs.

         Creditor asserts that the total amount remaining unpaid as of the date of this response is:

         a. Total postpetition ongoing payments due:                               (a) $_____

         b. Total fees, charges, expenses, escrow and costs outstanding:        **+** (b) $_____

         c. Total. Add lines a and b.                                           (c) $_____

         Creditor asserts that the debtor(s) are contractually
         obligated for the postpetition payment(s) that first became
         due on:
                                        MM/   DD/   YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in
Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges
expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the
following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's
proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct
to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

**X**    /s/ Sydney Marie Cauthen                    Date  12/10/2024
         Signature

Print        Sydney Marie Cauthen                   Title Authorized Agent
             First Name      Middle Name     Last Name

Company      Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      130 Clinton Rd #202
             Number              Street

             Fairfield                NJ                07004
             City                     State             ZIP Code

Contact      470-321-7112                              Email: scauthen@raslg.com

Form 4100R            **Response to Notice of Final Cure Payment**            page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 11, 2024</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Devin K. Itjen
150 Orange Blossom Road
Milford, PA 18337

Gloria Adriana Itjen
150 Orange Blossom Road
Milford, PA 18337

And via electronic mail to:

Vincent Rubino
Newman Williams Mishkin Corveleyn et al
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Long-Giang Nguyen
Email: petnguyen@raslg.com